## UNITED STATED DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON

**DATE: April 21, 2021**

**JUDGE: PETER G. SHERIDAN**

**COURT REPORTER:** FRANK GABLE

**Docket #** Cr. 21–329- (01) (PGS)

**TITLE OF CASE**:
UNITED STATES OF AMERICA

vs.

BERNARD E. LOPEZ

**PRESENT**

**APPEARANCE:**

PERRY FARHAT, AUSA for Government

NICOLE WESTMORELAND, Esq. for Defendant

**NATURE OF PROCEEDINGS:   INITIAL APPEARANCE/ WAIVER OF INDICTMENT**
All parties, including Defendant, were present via videoconference.
Defendant's consent for plea to be held via videoconference.
Order regarding use of videoconference in accordance with Standing Order 2021-04 to be filed.
Ordered deft. affirm; deft. affirm.
Initial appearance held.
Defendant advised of his/her rights, charges and penalties.
Waiver of indictment and Venue executed and filed.
INFORMATION filed.
PLEA:   **GUILTY to Count One and Two of the Information.**
Terms of plea agreement read into the record.
Ordered plea agreement approved and accepted.
Rule 11 and Plea Agreement filed.
Ordered sentencing set for October 6, 2021 at 11:00 AM.
Ordered bail continued.

Time commenced:   1:15 PM
Time Adjourned:   2:15 PM
Total Time:       1:00

DOLORES J. HICKS/
DEPUTY CLERK