UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON

December 9, 2021
DATE OF PROCEEDINGS

JUDGE: PETER G. SHERIDAN

COURT REPORTER: FRANK GABLE

Docket # Cr. 21-329-(01) (PGS)

TITLE OF CASE:
UNITED STATES OF AMERICA
v.

BERNARD E. LOPEZ
    DEFT. PRESENT (via videoconference)

APPEARANCES:
Perry Farhat, AUSA, for Government
Nicole Westmoreland, Esq. for Defendant
Patricia C. Jensen, Probation Officer

NATURE OF PROCEEDINGS:   Sentencing on Counts One and Two of the Information.
All parties, including Defendant, were present via videoconference.
Defendant's consent for sentencing to be held via videoconference was placed on the record.
Order regarding use of videoconferencing in accordance with Standing Order 2021-04 to be filed.
Sentencing: Imprisonment: 33 Months on each of Counts One and Two to be served concurrently.
Supervised release: 3 Years on each of Counts One and Two to be run concurrently with special conditions.
No Fine.
Restitution: $137,000.00 (See J&C for list of Victim), interest waived.
Special Assessment:   $200.00 - $100.00 on each of Counts One and Two.
Defendant advised of right to appeal.
Ordered surrender date on or after 2/1/2022.
Consent and Preliminary Forfeiture Order filed.
Ordered bail continued.

Time commenced:   11:30 AM
Time Adjourned:   12:30 PM
Total Time:       1:00

                                      s/*Dolores J. Hicks*
                                      DEPUTY CLERK